# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

### MONROE DIVISION

| | |
|---|---|
| ALBERT JOE MARTIN | CIVIL ACTION NO. 08-0157 |
| VERSUS | JUDGE ROBERT G. JAMES |
| WESLEY HORTON, ET AL. | MAG. JUDGE KAREN L. HAYES |

AND

| | |
|---|---|
| ALBERT JOE MARTIN | CIVIL ACTION NO. 08-0214 |
| VERSUS | JUDGE ROBERT G. JAMES |
| JON THOMAS | MAG. JUDGE KAREN L. HAYES |

| | |
|---|---|
| ALBERT JOE MARTIN | CIVIL ACTION NO. 08-0393 |
| VERSUS | JUDGE ROBERT G. JAMES |
| DAVID YELVERTON, ET AL. | MAG. JUDGE KAREN L. HAYES |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections in the record,

IT IS ORDERED, ADJUDGED, AND DECREED that Plaintiff's civil rights complaints be DISMISSED in accordance with the provisions of Fed. R. Civ. P. 41(b) and L.R. 41.3.

MONROE, LOUISIANA, on this 9th day of July, 2008.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE